UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-358

| | | |
|---|---|---|
| TURNBERRY HOMES, LLC, | ) | ORDER GRANTING |
| Plaintiff, | ) | ADMISSION |
| v. | ) | *PRO HAC VICE* |
| | ) | |
| DOUGLAS E. TINO, individually and | ) | |
| DOUGLAS E. TINO, INC., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court upon the motion of Plaintiff Turnberry Homes, LLC to allow **Todd E. Panther** to appear *Pro Hac Vice*, dated September 5, 2008 [doc # 7].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Panther has paid the fee of Two Hundred and Fifty Dollars ($250.00) to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: September 8, 2008

Graham C. Mullen
United States District Judge