IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:08CV358

| | |
|---|---|
| TURNBERRY HOMES, LLC | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER |
| DOUGLAS E. TINO and DOUGLAS E. TINO, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion to Dismiss pursuant to 12(b)(6) of the Federal Rules of Civil Procedure. A motion hearing was held this day, February 18, 2009 before the undersigned. For the reasons stated in open court,

**IT IS THEREFORE ORDERED** that the Motion is **DENIED** in part and **GRANTED** in part. The Motion to dismiss the claims for statutory indemnity under N.C. Gen Stat. sec. 25-2-312(3), fraudulent and negligent misrepresentation, and unfair or deceptive acts or practices under N.C. Gen. Stat. sec. 75-1.1 is **DENIED**. The Motion to dismiss Plaintiff's claim for common law indemnity is **GRANTED**.

Signed: February 18, 2009

Graham C. Mullen
United States District Judge